Glen D. SCHMALHOFER, Defendant Below–Appellant,

v.

Lisa WARD and Stephen J. Mottola, Plaintiffs Below–Appellees.

No. 62, 2017

Supreme Court of Delaware.

Submitted: March 2, 2017

Decided: March 15, 2017

Court Below—Court of Chancery of the State of Delaware, C.A. No. 11685

DISMISSED.

Christiana M. EVICK,[1] Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 275, 2016

Supreme Court of Delaware.

Submitted: January 31, 2017

Decided: March 15, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1210000176

AFFIRMED.

Mark F. COURTNEY, Petitioner Below, Appellant,

v.

STATE of Delaware, Respondent Below, Appellee.

No. 432, 2016

Supreme Court of Delaware.

Submitted: January 12, 2017

Decided: March 15, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. S16M–07–013

GRANTED. AFFIRMED.